UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
- - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

    Plaintiff,         No.  1:08-MJ-10

  v.            Hon. Hugh W. Brenneman, Jr.

LONNIE SIMPSON and
JAMES SWANS,

    Defendants.
_____/

## ORDER FOR DISMISSAL

The United States having filed a Motion to Dismiss pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court,

IT IS HEREBY ORDERED that the Complaint against Defendants Simpson and Swans is DISMISSED WITHOUT PREJUDICE.

Dated: February 15, 2008     /s/ Hugh W. Brenneman, Jr.
               HUGH W. BRENNEMAN, JR.
               United States District Court Magistrate Judge
               Western District of Michigan